No. 416. JULIUS GEORGE HOCKE ET AL., PETITIONERS, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY. October 19, 1903. Petition for a writ of certiorari to the United

States Circuit Court of Appeals for the Second Circuit denied, *Mr. Arthur von Briesen* for petitioners. *Mr. Robert J. Fisher* for respondent.